JUNE 11, 1956.

No. 861. SWORD LINE, INC., *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* Certiorari is granted, limited to the question whether admiralty had jurisdiction over the controversy stated in the libel, and the judgment is affirmed. The libel, though dependent on a statute, alleges unjust enrichment from a maritime contract. *Archawski* v. *Hanioti,* 350 U. S. 532. *Affirmed. Theodore J. Breitwieser* for petitioner. *Solicitor General Soboloff* for the United States.

No. 915. TROCK *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Hoffman* v. *United States,* 341 U. S. 479. *Harry Krauss* and *Albert Schlefer* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 697, Misc. MONGE *v.* SMYTH, COLLECTOR OF INTERNAL REVENUE. Appeal from and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The appeal is dismissed for want of jurisdiction. The petition for writ of certiorari is denied. *Wareham C. Seaman* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Rice* and *Hilbert P. Zarky* for respondent.